ERIC GRANT
United States Attorney
CALVIN LEE
KEVIN C. KHASIGIAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY WAYNE MACKEY,<br><br>Defendant. | CASE NO. 1:25-MJ-00099-BAM<br><br>UNITED STATES' MOTION TO UNSEAL COMPLAINT |

The government moves the Court to unseal the Complaint and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges.

DATED: September 5, 2025

Respectfully submitted,

ERIC GRANT
Acting United States Attorney

/s/ *Calvin Lee*
CALVIN LEE
Assistant United States Attorney