ERIC GRANT
United States Attorney
CALVIN LEE
KEVIN C. KHASIGIAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00099-BAM |
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| JOEY WAYNE MACKEY, | |
| Defendant. | |

    Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: __September 5, 2025__   _____
                                                      STANLEY A. BOONE
                                                      United States Magistrate Judge