**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

FILED
Sep 12, 2025
, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Robert E. Coyle United States Courthouse
2500 Tulare Street, # 4401 Fresno, California 93721

Phone 559/497-4000
Fax 559/497-4099
TTD 559/497-4500

TO: Jan Nguyen
Courtroom Deputy for the Honorable Stanley A. Boone

FROM: Calvin Lee, Assistant United States Attorney

RE: United States v. Joey Wayne Mackey,
1:25-mj-00099-BAM

DATE: September 11, 2025

_x_ I have reviewed the documents offered in support of the property bond. They appear to comply with the Court's requirements and to provide adequate security in the amount set by the Court.

_ The Forfeiture Unit and I have reviewed the documents offered in support of the property bond in this matter. They do not appear to comply with the Court's requirement.

Signed: ______________________
Calvin Lee, AUSA

cc: Jeffrey T. Hammerschmidt, Esq.