ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOEY WAYNE MACKEY,<br>Defendant. | CASE NO. 1:25-CR-00187-JLT-SAB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 29, 2026<br>TIME: 1:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 29, 2026.

2. By this stipulation, defendant now moves to continue the status conference until June 24, 2026, and to exclude time between April 29, 2026, and June 24, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The defendant is currently out of custody pursuant to release conditions ordered by the Court.

b) The government has represented that the discovery associated with this case includes investigative reports, email correspondence, financial data, and internal accounting documents. While much of this discovery has been either already produced directly to counsel

and/or made available for inspection and copying, the government remains in possession of potentially thousands of documents of supplemental discovery undergoing a taint review for potential attorney-client privileged communications. The universe of relevant documents in this case numbers in the thousands. The government represents that documents that have cleared taint review will be produced to counsel for the defendant in rolling batches.

c) The government is engaged in productive plea negotiations with the defendant. Counsel for defense desires additional time to consult with his client and discuss pre-trial resolution with his client.

d) Counsel for defendant requires additional time to review ongoing supplemental discovery productions from the government, conduct his own investigation, and discuss possible case resolution options with the defendant.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 29, 2026 to June 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: April 17, 2026

/s/ Edward W. Swanson
Edward W. Swanson
Counsel for Defendant
JOEY WAYNE MACKEY

**ORDER**

IT IS SO FOUND AND ORDERED this day of ______________________________.

______________________________
THE HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE