# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY WAYNE MACKEY,<br><br>Defendant. | Case No. 1:25-cr-00187-JLT-SAB-1<br><br>ORDER REGARDING STIPULATION TO CONTINUE STATUS CONFERENCE AND DENYING REQUEST TO CONTINUE STATUS CONFERENCE<br><br>(ECF No. 29) |

This matter was commenced by criminal complaint on August 29, 2025, against Defendant Joey Wayne MacKey.  (ECF No. 1.)  On September 18, 2025, Defendant was indicted on six counts of bank fraud, in violation of 18 U.S.C. § 1344; eight counts of monetary transactions in property derived from proceeds of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and an accompanying forfeiture allegation, pursuant to 18 U.S.C. §§ 981(a)(1), 982(a)(2)(A), and 28 U.S.C. § 2461(C).  (ECF No. 17.)  Defendant pleaded not guilty, and a status conference was set for January 21, 2026.  (ECF No. 18.)

On January 15, 2026, Defendant filed a stipulation to continue the status conference. (ECF No. 26.)  In support, the parties stipulated that, "[w]hile much of this discovery has been either already produced directly to counsel and/or made available for inspection and copying, the government remains in possession of potentially thousands of documents of supplemental discovery undergoing a taint review for potential attorney-client privileged communications."

(Id. at ¶ 3(b).)    Furthermore, the parties stipulated that, "[c]ounsel for defendant requires additional time to review ongoing supplemental discovery productions from the government, conduct his own investigation, and discuss possible case resolution options with the defendant." (Id. at ¶ 3(c).)    Finally, the parties stipulated that "failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation" and that the Government did not object to the continuance.  (Id. at ¶ 3(d), (e).)  The Court approved the stipulation and continued the status conference to April 29, 2026.  (ECF No. 26.)

On April 17, 2026, the parties filed a second stipulation to continue the status conference. (ECF No. 29.)  The parties essentially give the same support for the previous continuance, albeit with an added proffer that the parties have engaged in productive plea negotiations.  (Id. at ¶ 3(c).)

The Court finds that the parties have not provided good cause for a second continuance and accordingly DENIES the request to continue the status conference.  Defendant, who is currently released on bond, is ORDERED to appear on **April 29, 2026, at 1:00 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.**  Absent good cause, the parties SHALL be ready to discuss setting a trial date before the end of 2026.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2