Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant JOEY MACKEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JOEY WAYNE MACKEY,<br><br>Defendant. | Case No. 1:25-CR-00187 JLT<br><br>**NOTICE OF APPEARANCE** |

/ / /

/ / /

**NOTICE OF APPEARANCE**

**TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT**

**PLEASE TAKE NOTICE** that Britt Evangelist of Swanson & McNamara LLP, who has been duly admitted to practice in this Court, hereby appears as counsel on behalf of defendant Joey Mackey in the above-captioned matter and requests notice of all future court filings and items of correspondence.

Dated: September 18, 2026

Respectfully submitted,

/s/

Britt Evangelist
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JOEY MACKEY