ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY WAYNE MACKEY,<br><br>Defendant. | CASE NO. 1:25-CR-00187-JLT-SAB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 24, 2026<br>TIME: 1:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 24, 2026.

2. By this stipulation, defendant now moves to vacate the status conference set for September 24, 2026, schedule a change of plea hearing for December 14, 2026, and to exclude time between September 24, 2026, and December 14, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

a) The defendant is currently out of custody pursuant to release conditions ordered by the Court.

b) The government has represented that the discovery associated with this case includes investigative reports, email correspondence, financial data, and internal accounting

documents. The government represents that all discovery has been produced.

c) The defendant is prepared to enter a plea of guilty to charges in the indictment agreed upon with the government.

d) The defendant believes that failure to vacate the September 24, 2026, status conference and exclude time prior to the change of plea would limit counsel's ability to prepare for the change of plea, conduct any investigations pertinent to sentencing matters, and sufficiently prepare counsel's client for sentencing.

e) The government does not object to vacating the status conference and setting a change of plea date.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2026 to December 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: September 18, 2026

/s/ Edward W. Swanson
Edward W. Swanson
Counsel for Defendant
JOEY WAYNE MACKEY

**ORDER**

IT IS SO FOUND AND ORDERED that the September 24, 2026, status conference before this Court in case number 1:25-cr-00187-JLT-SAB is vacated and a change of plea is set for December 14, 2026 at 9:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. The defendant is ordered to be present. The time between September 24, 2026, and December 14, 2026, excluded under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **September 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge